# Court of Appeals
# of the State of Georgia

ATLANTA,   June 29, 2012

*The Court of Appeals hereby passes the following order:*

## A12A1929. DOMINIQUE STALLINGS v. THE STATE.

This appeal was docketed in this Court on May 18, 2012. The appellant's brief, including enumeration of errors, was due to be filed no later than June 7, 2012. *Court of Appeals Rules 22 (a), 23 (a).* To date, however, appellant has not filed a brief and enumeration of errors, and no extension of time has been granted. On June 21, 2012, the State filed a motion to dismiss this appeal in light of appellant's failure to file his brief. The State's motion is hereby GRANTED and this appeal is DISMISSED. *Court of Appeals Rules 7, 13, 23(a).*

The Clerk of this Court is directed to send a copy of this order directly to the appellant, Dominique Stallings. The Clerk shall also send a copy of this order to Mr. Stallings's appellate counsel, Zachary Procter. Mr. Procter is directed to forward an additional copy of this order to Mr. Stallings.

In light of appellate counsel's failure to timely file a brief and enumeration of errors on behalf of Mr. Stallings, the following information is provided to Mr. Stallings and appellate counsel:

Mr. Stallings, your appeal has been DISMISSED because your appellate counsel failed to file a brief and enumeration of errors on your behalf. If you have decided you do not want to appeal, you need not do anything more. If, however, you still want to appeal, you may have the right to an OUT OF TIME APPEAL- BUT YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court, the State Court of DeKalb County. If your motion for an out-of-time appeal is granted, the trial court should appoint another appellate counsel to represent you if you want one and cannot afford to pay for one. If your motion for

an out-of-time appeal is denied, you may appeal that denial to this Court within 30 days of the trial court's decision. *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/29/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*